# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF MASSACHUSETTS

ANALOG DEVICES, INC.,

    *Plaintiff-Counterdefendant*,

v.

SILICON LABORATORIES INC.,

    *Defendant-Counterclaimant*.

Civil Action No. 06-12240 (WGY)

## CONSENT JUDGMENT

This action has come before the Court, and it has been represented to the Court that the parties, Analog Devices, Inc. ("Analog") and Silicon Laboratories Inc. ("Silicon Labs") in this action, collectively "the Parties," have agreed to a settlement of this action and have entered into a binding and enforceable confidential settlement agreement ("the Settlement Agreement") on March 7, 2008.

WHEREFORE, with the consent of the Parties, through their undersigned attorneys, and with the approval of this Court, it is hereby finally ORDERED, ADJUDGED, AND DECREED as follows:

1.    The Court has jurisdiction over the Parties and the subject matter of this action.

2.    Analog owns U.S. Patent Nos. 6,262,600, 6,525,566, 6,873,065, and 7,075,329, which, as between the Parties, the asserted claims of each of these patents are hereby ordered to be valid.

3.    The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Parties concerning this action.

4.   All claims and counterclaims in this action are hereby dismissed with prejudice.

5.   Each Party shall bear its own costs, expenses and attorneys' fees.


DATED AT BOSTON, MASSACHUSETTS, THIS 21st DAY OF March, 2008


By: _____
Judge William G. Young
United States District Judge

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ANALOG DEVICES, INC. | SILICON LABORATORIES INC., |
| By its attorneys, | By its attorneys, |
| /s/ Jeremy P. Oczek | /s/ David B. Weaver (with permission) |
| Steven M. Bauer (BBO # 542531)<br>Jeremy P. Oczek (BBO #647509)<br>John W. Pint (BBO #660548)<br>Colin G. Cabral (admitted *pro hac vice*)<br>Melissa A. Ganz (admitted *pro hac vice*)<br>Martha Wilson-Byrne (admitted *pro hac vice*)<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, Massachusetts  02110<br>Tel:  (617) 526-9600<br>Fax:  (617) 526-9899<br><br>Dated:  March 20, 2008 | Laurence A. Schoen (BBO # 633002)<br>Geri L. Haight (BBO # 638185)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, Massachusetts  02111<br>Tel:  (617) 542-6000<br>Fax:  (617) 542-2241<br><br>Willem G. Schuurman (admitted *pro hac vice*)<br>David B. Weaver (admitted *pro hac vice*)<br>H. Kenneth Prol (admitted *pro hac vice*)<br>Christopher V. Ryan (admitted *pro hac vice*)<br>Gentry C. McLean (admitted *pro hac vice*)<br>Nicholas Schuneman (admitted *pro hac vice*)<br>VINSON & ELKINS L.L.P.<br>2801 Via Fortuna, Suite 100<br>Austin, Texas  78746<br>Tel:  (512) 542-8400<br>Fax:  (512) 542-8612 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed through the ECF system on March 20, 2008 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jeremy P. Oczek

Jeremy P. Oczek